BAXTER HEALTHCARE CORPORA-TION, Baxter Healthcare SA, and Baxter International, Inc., Plaintiffs–Appellants,

and

Deka Products Limited Partnership, Plaintiff–Appellant,

v.

FRESENIUS MEDICAL CARE HOLD-INGS, INC., Fresenius Medical Care North America, and Fresenius USA, Inc., Defendants–Appellees.

No. 2011–1268.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2012.

David K. Callahan, Kirkland & Ellis, LLP, of Chicago, IL, argued for plaintiffs-appellants Baxter Healthcare Corporation

et al. With him on the brief were Jessica C. Kaiser, Michael I. Cohen and Rachel N. Farrington. Maureen K. Toohey, Toohey Law Group LLC, of Boston, MA, argued for plaintiff-appellant Deka Products Limited Partnership.

Juanita R. Brooks, Fish & Richardson P.C. of San Diego, CA, argued for defendants-appellees. With her on the brief was Michael E. Florey, of Minneapolis, MN.

PROST, MAYER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**